UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-22173-CIV-MORENO

ANDY GEORGES,

    Plaintiff,

vs.

UNITED STATES OF AMERICA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DENYING MOTION TO VACATE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on on Movant's Motion to Vacate **(D.E. No. 1)**, filed on **June 16, 2011**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 12)** on **January 12, 2012**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 12)** on **January 12, 2012** is **AFFIRMED** and **ADOPTED**. The Objection **(D.E. No. 13)** filed on February 1, 2012 is overruled. Accordingly, it is

**ADJUDGED** that the Motion to Vacate is DENIED and all pending motions are DENIED as moot. The Clerk of Court shall mark this case as closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 23rd day of February, 2012.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE